UNITED STATES of America, Plaintiff–Appellee,

v.

Dewayne ANDERSON, Defendant–Appellant.

No. 08–6216.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 29, 2008.

Dewayne Anderson, Appellant Pro Se. Zelda Elizabeth Wesley, Office of the United States Attorney, Clarksburg, West Virginia, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewayne Anderson appeals the district court's order denying his second motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b)(4). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Anderson,* No. 1:06–cr–00020–IMK–JSK–8 (N.D.W.Va. Jan. 16, 2008). We also deny the motion for bail or release pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*